# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2006

130772

PEOPLE OF THE STATE OF MICHIGAN,
     Plaintiff-Appellee,

v

MARTEZ DeJUAN REYNOLDS,
     Defendant-Appellant.

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130772
COA: 257105
Wayne CC: 04-003-182-01

_____/

     On order of the Court, the application for leave to appeal the February 9, 2006 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2006

t0619

_____
Clerk